# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>NATHAN LEE WESTBROOK<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:25-MJ-2206<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 28, 2024 - July 11, 2025  in the county of  Knox  in the  Eastern  District of  Tennessee , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(5)(b) | Possession of, or Knowingly Accessing with the Intent to View, Child Pornography |
| 18 U.S.C. § 2252A(a)(1) | Distribution/Receipt of Child Pornography |

This criminal complaint is based on these facts:

Please see attached affidavit, incorporated herein

☑ Continued on the attached sheet.

*Complainant's signature*

Thomas Evans, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/11/2025

*Judge's signature*

City and state: Knoxville, TN

Hon. Jill E. McCook, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:25-MJ-2206 |
| | ) |
| NATHAN LEE WESTBROOK | ) |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Thomas Evans, a Detective with the Knoxville Police Department (KPD) Internet Crimes against Children (ICAC) Task Force and being a sworn Federal Task Force Officer for The Department of Homeland Security (HSI) being duly sworn, deposes and states the following:

1. Your Affiant has been employed with the Knoxville Police Department since January 22, 1996. Your Affiant has been assigned to the Knoxville Police Department's ICAC Task Force as a computer examiner and undercover online investigator for the past 25 years. The Knoxville Police Department ICAC Task Force is responsible for investigating and enforcing federal criminal statutes involving the sexual exploitation of children under Title 18, United States Code, Chapter 110, including, without limitation, section 2251 (production) and 2252 (transportation). Your Affiant has acquired experience in these matters through specialized training and everyday work related to these types of investigations. Your Affiant has completed over 2000 hours of training related to the investigation of online child exploitation.

2. As a Federal Task Force Officer, your Affiant is authorized to investigate violations of the laws of the United States and is a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

1

3. The information contained within this affidavit is based upon information I have gained from my investigation, my personal observations, my training and experience, and/or information related to me by other law enforcement officers and/or agents. Since this affidavit is being submitted for the limited purpose of a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning the investigation. I make this affidavit in support of a complaint and warrant for arrest of Nathan Lee WESTBROOK (DOB 05/09/1998) for the possession and transportation of child pornography in violations of 18 U.S.C. §§ 2252(A)(5)(b), and 2252A(a)(1). I have received training in the area of sexual exploitation of minors, including undercover operations involving the possession, receipt, and distribution of child pornography. Except as noted, all of the information contained in this affidavit is either known to me personally or has been told to me by other law enforcement officials.

## THE INVESTIGATION

4. On February 21, 2025, your Affiant received NCMEC CyberTip 204566061. NCMEC CyberTip 204566061 was assigned as a "Priority Level: E" by NCMEC indicating that the report was initiated by an Electronic Service Provider which involved the possession and distribution of child pornography. The NCMEC CyberTip reported the KiK user "GhostR2467" with the associated email address of nwesty98@gmail.com had uploaded and distributed six (6) video files depicting child pornography through the use of the KiK Messenger platform.

5. Your Affiant reviewed the files associated with the NCMEC CyberTip 204566061 and noted that CyberTip 204566061 did contain six (6) video files depicting child pornography. Additionally, your Affiant noted that at least one of the video files had been uploaded distributed to another KiK user and to a KiK messaging group on 12/28/2024.

6. Your Affiant reviewed the six (6) video files contained in the above referenced Cybertip and observed them to contain the following 6 files:

2

a. 2e8982378e1b63f514c1353f3b006b33.mp4 – This video is a color video file with sound approximately 39 seconds in length. The video depicts a prepubescent female with her legs spread exposing her vagina. An adult male is attempting to penetrate her vagina with his penis while holding what appears to be cell phone.

b. 6aa26e99855739abe58c8181e333616f.mp4 - This video is a color video with sound approximately 24 seconds in length. The video depicts a minor female approximately 6-7 years old wearing a pink tank top. She is lying on her back and being penetrated by an adult male penis. There is verbal communication between the adult male and the minor child in a foreign language. At one point in the video the child raises her hands while being penetrated and gives two thumbs up signs.

c. 15df0463946ddb67baa0abeabd620a74.mp4 – This video is a color video file approximately 1 minute and 30 seconds in length with sound. This file depicts a minor female approximately 6-7 years old with short blonde hair wearing only a white t-shirt with black sleeves and what appears to be a graphic image of dinosaurs on the front of the shirt. The minor child is observed to spread her legs to the camera and masturbate while making sexually graphic comments.

d. 18b3b7a785caeadf3fcf150457a5a0bd.mp4 – This video is a color video with sound approximately 48 seconds in length. The video depicts a minor female approximately 8-10 years old. The minor female is nude lying on a bed with a purple blanket that appears to have an image of a unicorn on it. The minor female spreads her legs and masturbates in front of the camera.

e. 3016deb7744ef05b23e1ec87cd5dccad.mp4 – This video is a color video with sound approximately 1 minute and 11 seconds in length. The video depicts a minor female approximately 6-8 years old lying on a bed spread with brown and gold flowers on it. There are stuffed animals lying beside the child on the bed.

3

The minor female is shown to spread her legs while an adult male stands over her and masturbates. The adult male is then observed to ejaculate on the child's vagina. There is a logo that can be observed in the lower right corner of the video of "Andro Vid".

  f.  a12a0b4c7e400458fd62db98d80addb6.mp4 – This video file is a color video with sound approximately 28 seconds in length. The video depicts 3 minor children. What appears to be a teenage male is engaged in sexual intercourse with a minor female appearing to be approximately 5-6 years old. The minor female is lying on her stomach with her head propped up by her right hand. The teenage male is observed squatting on top of her from behind engaging in sexual intercourse. The girl is lying on a pink sheet that is covering tile flooring. Another minor female child approximately 3-4 years old can be seen near the end of the video sitting beside the minors engaging in sexual intercourse.

  7.  Your Affiant reviewed the IP history logs provided by KiK contained in the NCMEC CyberTip 204566061. Your Affiant noted a Comcast IP address of 98.40.101.5 used on January 07, 2025, at 10:54:51 UTC as being a "login" IP Address of the KiK user known only as "GhostR2467" with associated email address of nwesty98@gmail.com.

  8.  Your Affiant requested an administrative subpoena from the Knox County, Tennessee District Attorney's Office to Comcast Communications for subscriber information pertaining to the IP address of 98.40.101.5 used on January 07, 2025, at 10:54:51 UTC.

  9.  Comcast Communications responded to the administrative subpoena with the following subscriber information pertaining to the IP address of 98.40.101.5 used on January 07, 2025, at 10:54:51 UTC:

4

Subscriber Name: Kelly Bowman
Service Address: 8711 Sunfish Way Apt 6308, Knoxville, TN 37923
Phone number: 865-660-8938
Identified Services: Internet
Account Number: 8396500042833727
Start of Service: 08-24-2023
IP History: 98.40.101.5 from 10/4/2024-04/15/2025

10. An Accurint Law Enforcement database search pertaining to all current residents living at 8711 Sunfish Way, Apt 6308, Knoxville, TN 37923 was conducted and results revealed that a Kelly Bowman (aka Kelly Franks) and WESTBROOK are currently residing at the address of 8711 Sunfish Way Apt 6308, Knoxville, TN 37923.

11. An Accurint Law Enforcement database search pertaining to WESTBROOK showed the email address of natewesty98@gmail.com as being an email associated with WESTBROOK. Your Affiant noted the email associated with the KiK user of "GhostR2467" was nwesty98@gmail.com and as possibly being a derivative of the email address of natewesty98@gmail.com.

12. On July 08, 2025, your Affiant applied for a federal search warrant to search the residence and Toyota Truck bearing TN tag E-90692 of WESTBROOK.

13. Your Affiant and Homeland Security Investigation agents executed the federal search warrant at 8711 Sunfish Way Apartment 6308, Knoxville, TN 37923 on July 11, 2025, at approximately 0800 hours.

14. Agents made contact with WESTBROOK advising him of the search warrant. WESTBROOK was given a copy of the warrant. WESTBROOK declined to speak to investigators, opting for legal counsel. Your Affiant informed WESTBROOK that he would have to re-initiate any conversation with investigators regarding the case.

5

15. WESTBROOK then voluntarily agreed to speak with investigators without the presence of legal counsel after being Mirandized regarding the above referenced NCMEC Cybertip. WESTBROOK advised that he did use KiK and had created the KiK username "GhostR2467". WESTBROOK also advised that the associated email account referenced in the Cybertip of nwesty@gmail.com was his. WESTBROOK advised that there would be child pornography on the phone and computer, and that he had distributed child pornography on Kik groups to other users, one he stated was named "Cheese Pizza," (CP) which is a euphemism for "child pornography." WESTBROOK further advised that no other person had used his computer or phone.

FURTHER AFFIANT SAYETH NOT.

Thomas A. Evans
Detective
Knoxville Police Department
Internet Crimes Against Children Task Force

Sworn and subscribed before me on
this 11th day of July 2025.

HON. JILL E. MCCOOK
UNITED STATES MAGISTRATE JUDGE